UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDRIC CALVERT | : | CIVIL ACTION NO.: |
| VERSUS | : | JUDGE: |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, SOLARAY, L.L.C. and CHRISTOPHER WALKER | : | MAGISTRATE JUDGE: |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF REMOVAL**

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA**

&

James. L. Leathem (No. LA28653)
Morris Bart, LLC
601 Poydras St., 24th Floor
New Orleans, LA 70130
Tel: (504) 525-8000
Fax: (800) 630-9704
Email: jleathem@morrisbart.com

Dana Benson, Clerk of Court
4th Judicial District Court
Parish of Ouchita
Post Office Box 1862
Monroe, LA 71201-1862

PLEASE TAKE NOTICE that Defendants, LIBERTY MUTUAL FIRE INSURANCE COMPANY, SOLARAY, L.L.C. (incorrectly named in the lawsuit as Solary, L.L.C.) and CHRISTOPHER WALKER, in accordance with 28 U.S.C. §§ 1441 and 1446, and any other applicable law, and appearing solely for the purpose of filing this notice, reserving all rights,

defenses, objections and claims, including insufficiency of citation, service of process, and venue and/or forum non conveniens, hereby removes this action, which had been pending as Civil Docket No. C-20223482, in the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana, to the United States District Court for the Western District of Louisiana, and respectfully avers as follows.

## I. Petition for Damages

This action was originally filed by Plaintiff, Fredric Calvert, on or about September 23, 2022, in the Fourth Judicial District Court for the Parish of Ouachita, State of Louisiana, as Civil Docket No. C-20223482, titled: *Fredric Calvert v. Liberty Mutual Fire Insurance Company, Solaray, L.L.C. and Christopher Walker.* Defendant, Liberty Mutual Fire Insurance Company, was served with a copy of the Petition on October 7, 2022. *See* **Exhibit "A,"** including Citation and Petition for Damages.

Plaintiff alleges the following in the Petition. On or about October 12, 2021, Plaintiff was operating his 2002 Jeep Liberty on Dr. Martin Luther King, Jr. Drive, at its intersection with Century Boulevard, in the Parish of Ouachita, State of Louisiana. At approximately the same time and place, Christopher Walker was operating a 2021 Chevrolet Express, with the permission and consent of its owner, Solaray, L.L.C., on Dr. Martin Luther King, Jr. Drive, at its intersection with Century Boulevard, immediately following the vehicle operated by Plaintiff, when Walker struck the rear end of Plaintiff's vehicle.

Plaintiff alleges he has sustained serious injuries to his neck and back, for which surgery was recommended, together with past and future mental anguish and physical

suffering, past and future expenses for care and past and future lost earnings and impaired earning capacity.

## II.   Basis for Jurisdiction

The United States District Court for the Western District of Louisiana presently has diversity jurisdiction over this civil action pursuant to 28 USC § 1332.

Plaintiff is a resident of the Parish of Caldwell, State of Louisiana.

Defendant Christopher Walker is a resident of the State of Mississippi.

Defendant Liberty Mutual Fire Insurance Company is a corporation with its place of incorporation in Wisconsin, and with a principal place of business in Massachusetts.

Defendant Solaray, L.L.C. is a limited liability company, whose sole Member is SRP Acquisition Inc. SRP Acquisition Inc. is a corporation with its place of incorporation in Delaware, and with a principal place of business in Colorado.

The jurisdictional amount in controversy is expected to exceed $75,000.00, based upon Plaintiff's allegation he has sustained "serious injuries," his claim for past, present and future loss of earnings and impaired earning capacity, and his allegation that his damages exceed $50,000.00, exclusive of interest and costs.

Pursuant to 28 U.S.C. §§ 1441, 1446 and 98, this action may be removed to this Court, as it is the District Court for the district and division within which this action is pending.

## III. Removal Is Timely

Defendant Liberty Mutual Fire Insurance Company was served with this Petition for Damages through the Secretary of State on October 7, 2022. *See* **Exhibit "A."** Accordingly, this Notice of Removal is timely filed within thirty (30) days after the service on Liberty Mutual Fire Insurance Company of the copy of the initial pleading setting forth the claim for relief upon which this action is based. *See* 28 U.S.C. §1446(b); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*526 U.S. 344, 347-48 (1999).

The dates of service of the Petition for Damages upon Defendants Christopher Walker and Solaray, L.L.C. are unknown at this time. However, all Defendants named in this lawsuit consent to the removal of this action.

## IV. Pleadings and Process

Pursuant to 28 U.S.C. §1446(a), a copy of all process, pleadings and orders received by the removing defendant is attached hereto as **Exhibit "A,"** *in globo*. Pursuant to 28 U.S.C. §1446(d), Defendants are filing written notice of this removal with the Clerk of the State Court in which the action is currently pending. *See* **Exhibit "B."** Copies of the Notice of Filing of Removal together with this Notice of Removal are being served upon Plaintiff's counsel, pursuant to 28 U.S.C. §1446(d).

## V. Attached Exhibits

In support of this Notice of Removal, Defendants attach herewith the following Exhibits:

**Exhibit "A":** Petition for Damages, which is the only process, pleading and/or order received by the removing Defendants, along with Citation to Liberty Mutual Fire Insurance Company;

**Exhibit "B":** The Notice of Filing of Removal with this Notice of Removal attached thereto being served on Plaintiff and filed with the Clerk of Court for the Parish of Ouachita, State of Louisiana, pursuant to 28 U.S.C. §1446(d).

## VI. Consent of All Defendants

All Defendants consent to, and join in, the removal of this action.

**WHEREFORE,** Defendants, LIBERTY MUTUAL FIRE INSURANCE COMPANY, SOLARAY, L.L.C. and CHRISTOPHER WALKER, pray that the above numbered and entitled cause on the docket of the 4th Judicial District Court for the Parish of Ouachita, State of Louisiana, be removed from that Court to the docket of the United States District Court for the Western District of Louisiana, and request that this Honorable Court assume jurisdiction over this matter. Defendants further pray for such other and further relief as may be just and equitable under the circumstances.

Respectfully submitted,

DAIGLE & ASSOCIATES LLC

BY: ______________________________
KRISTEN H. BAYARD - #32499 (T.A.)
GREGORY J. LABORDE - #8065
SUSAN A. DAIGLE - #4459
600 Jefferson Street, Ste. 1200
P.O. Box 3667
Lafayette, LA 70501-3667
Phone: 337-234-7000
Fax: 337-237-0344
E-Mail: kristen@djrlawfirm.com
greg@djrlawfirm.com
susan@djrlawfirm.com

COUNSEL FOR LIBERTY MUTUAL FIRE INSURANCE COMPANY, SOLARAY, L.L.C. and CHRISTOPHER WALKER

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing has this date been filed electronically; that the Electronic Case Filing system will e-mail a Notice of Electronic Filing to all counsel of record. I further certify that I have, on this date, served a copy of this pleading on opposing counsel via U.S. mail, properly addressed and first class postage pre-paid.

Lafayette, Louisiana, this 31st day of October, 2022.

______________________________
KRISTEN H. BAYARD