OPC.CV.7261258

# CITATION

| | |
|---|---|
| CALVERT, FREDRIC | DOCKET NUMBER: C-20223482<br>SEC: CV3 |
| VS | STATE OF LOUISIANA<br>PARISH OF OUACHITA |
| LIBERTY MUTUAL FIRE<br>INSURANCE COMPANY SOLARY<br>LLC AND CHRISTOPHER WALKER | FOURTH JUDICIAL DISTRICT<br>COURT |



SERVED ON R. KYLE ARDOIN OCT 07 2022 SECRETARY OF STATE COMMERCIAL DIVISION

EAST BATON ROUGE PARISH

TO:
LIBERTY MUTUAL FIRE INSURANCE COMPANY
THROUGH ITS REGISTERED AGENT - THE LOUISIANA SECRETARY OF STATE
8585 ARCHIVE AVENUE
BATON ROUGE, LA 70809

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within **TWENTY-ONE (21) days** after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Ouachita Parish Court House, 301 South Grand, Monroe, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within **TWENTY-ONE (21) days**, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Ouachita Parish, on this SEPTEMBER 23, 2022.

OUACHITA PARISH CLERK OF COURT

Also attached are the following:
PETITION OF DAMAGES



DEPUTY CLERK OF COURT

FILED BY: JAMES L LEATHEM #28653



EXHIBIT A

```
                                    Ouachita Parish      C-20223482
                                    Filed Sep 23, 2022 12:05 PM    CV3
                                    Scarlett Allen
                                    Deputy Clerk of Court
```

### 4TH JUDICIAL DISTRICT COURT FOR THE PARISH OF OUACHITA

### STATE OF LOUISIANA

NO.                                                                 DIVISION " "

### FREDRIC CALVERT
### VERSUS
### LIBERTY MUTUAL FIRE INSURANCE COMPANY, SOLARY, L.L.C., AND CHRISTOPHER WALKER

FILED: _____          _____
                                              DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, Fredric Calvert, a person of the full age of majority and a resident of the Parish of Caldwell, State of Louisiana, who, with respect, shows the Court as follows:

I.

That Christopher Walker, made a party defendant herein, is a person of the full age of majority and a resident and citizen of the State of Mississippi. That Liberty Mutual Insurance Company and Solary, L.L.C., made party defendants herein, are foreign companies authorized to do and doing business in the State of Louisiana at all times relevant hereto. That said Defendants are liable, jointly and/or in solido, to Plaintiff for the following:

II.

That on or about October 12, 2021 at approximately 7:00 A.M., Fredric Calvert was operating his 2002 Jeep Liberty, in a northerly direction on Dr. Martin Luther King, Jr. Drive, at its intersection with Century Boulevard, in the Parish of Ouachita, State of Louisiana.

III.

That at approximately the same time and place, defendant, Christopher Walker, was operating a 2021 Chevrolet Express, with the permission and consent of its owner, Solary, L.L.C., on Dr. Martin Luther King, Jr. Drive, at its intersection with Century Boulevard, immediately following the vehicle operated by the Plaintiff, Fredric Calvert, in the Parish of Ouachita, State of Louisiana.


Certified True and Correct Copy
CertID: 2022092300383

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
9/23/2022 1:39 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

IV.

That at approximately the same time and place, defendant, Christopher Walker, struck the rear of the vehicle driven by Fredric Calvert.

V.

That the aforesaid accident sued on herein was the fault of and proximately caused by Defendant, Christopher Walker, in the following respects:

(a) by following the preceding vehicle too closely, in violation of LSA-R.S. 32:81;

(b) by striking the rear of the preceding vehicle;

(c) by failing to maintain reasonable and proper control of the vehicle under his control upon a public road;

(d) by operating the vehicle under his control in a reckless and negligent manner; and

(e) by failing to see what should be seen.

VI.

That as a result of the aforesaid collision, Fredric Calvert has sustained serious injuries to his neck and back, for which surgery was recommended, together with past and future mental anguish and physical suffering; past and future loss of enjoyment of life; past and future expenses for medical care; past and future loss of earnings and impaired earning capacity; in addition to property damage; all of which entitles Plaintiff, Fredric Calvert, to recover from Defendants, Liberty Mutual Insurance Company, Solary, L.L.C., and Christopher Walker, the damages as are reasonable in the premises.

VII.

Petitioner shows that at all times mentioned hereinabove, there was in full force and effect a policy of insurance issued by Defendant, Liberty Mutual Insurance Company, under the terms and conditions of which it agreed to insure and indemnify Defendants, Christopher Walker, and Solary, L.L.C., from the type of liability asserted herein.

VIII.

Petitioner shows that this case involves damages, exclusive of costs and interest, which exceed $50,000.

2



Certified True and Correct Copy
CertID: 2022092300383

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
9/23/2022 1:39 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

WHEREFORE, Petitioner, Fredric Calvert, prays that Defendants, Liberty Mutual Insurance Company, Solary, L.L.C., and Christopher Walker, be served with a certified copy of this petition, and after being duly cited to appear and answer hereto, and after the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Petitioner, Fredric Calvert, and against Defendants, Fredric Calvert, prays that Defendants, Liberty Mutual Insurance Company, Solary, L.L.C., and Christopher Walker, jointly and/or in solido, for damages as are reasonable in the premises; each of said judgments to bear legal interest from the date of judicial demand until paid and for all costs of these proceedings.

RESPECTFULLY SUBMITTED:

MORRIS BART, LLC
ATTORNEY FOR PLAINTIFF
601 POYDRAS STREET, 24TH FLOOR
NEW ORLEANS, LA 70130
TELEPHONE: (504) 525-8000
FACSIMILE: (800) 630-9704
E-MAIL: jleathem@morrisbart.com

BY: _____
JAMES L. LEATHEM, NO. LA28653

PLEASE SERVE:

**Liberty Mutual Insurance Company**
Through its registered agent for service of process
The Honorable Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

Solary, L.L.C.
  pursuant to the Non-Resident Motorist Act
  LSA-R.S. 13:3474 and 13:3475
  By serving the Secretary of State of the State of Louisiana
  8585 Archives Avenue
  Baton Rouge, LA 70809

AND

  pursuant to the Non-Resident Motorist Act
  LSA-R.S. 13:3474 and 13:3475
  by serving **Solary, L.L.C.**
  P.O. Box 1168
  Sapula, OK 74067
  via certified mail.

3



Certified True and Correct Copy
CertID: 2022092300383

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
9/23/2022 1:39 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

**Christopher Walker**
    pursuant to the Non-Resident Motorist Act
    LSA-R.S. 13:3474 and 13:3475
    By serving the Secretary of State of the State of Louisiana
    8585 Archives Avenue
    Baton Rouge, LA 70809

AND

    pursuant to the Non-Resident Motorist Act
    LSA-R.S. 13:3474 and 13:3475
    by serving **Christopher Walker**
    38th Avenue, Apartment 14
    Hattiesburg, MS 39401
    via certified mail.

4





Certified True and Correct Copy
CertID: 2022092300383

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
9/23/2022 1:39 PM

Ouachita Parish
Filed Sep 23, 2022 12:05 PM
C-20223482
CV3
Scarlett Allen
Deputy Clerk of Court

# LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:46
Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Fredric Calvert    vs.    Liberty Mutual Fire Insurance Company, Solary, L.L.C., and Christopher Walker

**Court:** 4th Judicial District Court        **Docket Number:** _____

**Parish of Filing:** Ouachita Parish         **Filing Date:** _____

**Name of Lead Petitioner's Attorney:** James L. Leathem

**Name of Self-Represented Litigant:** N/A

**Number of named petitioners:** 1        **Number of named defendants:** 3

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

X Auto: Personal Injury            __ Auto: Property Damage
__ Auto: Wrongful Death            __ Auto: Uninsured Motorist
__ Asbestos: Property Damage       __ Asbestos: Personal Injury/Death
__ Product Liability               __ Premise Liability
__ Intentional Bodily Injury       __ Intentional Property Damage
__ Intentional Wrongful Death      __ Unfair Business Practice
__ Business Tort                   __ Fraud
__ Defamation                      __ Professional Negligence
__ Environmental Tort              __ Medical Malpractice
__ Intellectual Property           __ Toxic Tort
__ Legal Malpractice               __ Other Tort (describe below)
__ Other Professional Malpractice  __ Redhibition
__ Maritime                        __ Class action (nature of case)
__ Wrongful Death
__ General Negligence

2022 SEP 23 AM 9:15 RECEIVED OUACHITA PARISH CLERK OF COURT

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
This is a personal injury suit arising from an automobile accident.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name James L. Leathem        Signature /s/ James Leathem/ano

Address 601 Poydras Street, 24TH Floor, New Orleans, LA 70130

Phone number: 504-599-3365    E-mail address: jleathem@morrisbart.com



Certified True and Correct Copy
CertID: 2022092300382

Ouachita Parish
Deputy Clerk Of Court

Generated Date:
9/23/2022 1:39 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

